JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-CV-06671-RGK-SK | Date | September 23, 2022 |
|---|---|---|---|
| Title | *RICHARD J. SHEPPARD v. FORD MOTOR COMPANY, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| K. Pastrana Hernandez (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Re: Order Remanding Action to State Court**

On August 17, 2022, Richard J. Sheppard ("Plaintiff") filed a Complaint against Ford Motor Company ("Defendant") alleging violations of the Song-Beverly Warranty Act and Magnusson-Moss Warranty Act.

On September 16, 2022, Defendant removed the action to federal court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involved an amount in controversy that exceeds $75,000. Pursuant to 28 U.S.C. § 1331, a district court shall have original jurisdiction over any civil action "arising under the Constitution, laws, or treaties of the United States." A federal question claim brought under the Magnuson-Moss Warranty Act also requires that the amount in controversy exceeds "$50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit." 15 U.S.C. § 2310(d)(3)(B). After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54(2014).

In the complaint, Plaintiff seeks damages, including compensatory damages, restitution, statutory remedies, as well as attorneys' fees and costs under the Song-Beverly Warranty Act and Magnusson-Moss Warranty Act. In support of its removal, Defendant calculates that based on the vehicle price of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-CV-06671-RGK-SK | Date | September 23, 2022 |
|---|---|---|---|
| Title | *RICHARD J. SHEPPARD v. FORD MOTOR COMPANY, et al* | | |

$50,000.00, plus civil penalties of two-times actual damages, the amount in controversy, excluding attorneys' fees, already exceeds the jurisdictional minimum for diversity jurisdiction. Defendant further states that the jurisdictional minimum is also met when considering possible mileage off-set.

However, even assuming that the vehicle was not purchased on an installment contract, the evidence regarding mileage off-set at the beginning of the vehicle's use indicates that the vehicle was presented for warranty maintenance, rather than warranty repair. Moreover, as Defendant points out, Plaintiff would be entitled to civil penalties and attorneys' fees if the action succeeds. However, based on the allegations of the complaint, civil penalties of twice the amount of damages are overly speculative. Likewise, attorneys fees are speculative.

Accordingly, the Court finds that Defendant has failed to plausibly allege that the amount in controversy meets the jurisdictional requirement of either diversity jurisdiction or the jurisdiction requirement contained within the Magnusson-Moss Warranty Act.

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer       kmh